**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Heri Automotive, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

**2 7 – 4 0 6 6 7 0 8**

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2664 E. Del Amo Dr.**<br>Number    Street | **PO Box 11005**<br>Number    Street |
| | P.O. Box |
| **Compton**        **CA**   **90221**<br>City                State   ZIP Code | **Carson**        **CA**   **90749**<br>City                State   ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City                State   ZIP Code |

5. Debtor's website (URL)  **www.heriautomotive.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Heri Automotive, Inc**_____ Case number (if known) _____

| 7. | Describe debtor's business | *A. Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__ __2__ __3__ __1__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __Heri Automotive, Inc_____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

    Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Heri Automotive, Inc** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** **2664 E. Del Amo Blvd.** _____
Number     Street

**Compton** _____ **CA** _____ **90221** _____
City                              State     ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Heri Automotive, Inc**                    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2021**
       MM / DD / YYYY

X **/s/ Mark Sokolowski**
Signature of authorized representative of debtor

**Mark Sokolowski**
Printed name

**Acting President**
Title

**18. Signature of attorney**

X **/s/ Robert M. Nicoud, Jr.**          Date **06/21/2021**
Signature of attorney for debtor                MM / DD / YYYY

**Robert M. Nicoud, Jr.**
Printed name

**Nicoud Law**
Firm name

**10440 N. Central Expressway**
Number          Street

**Suite 800**

**Dallas**                              **TX**          **75231**
City                                    State        ZIP Code

**(214) 540-7542**                      **rmnicoud@dallas-law.com**
Contact phone                           Email address

**15017900**                            **TX**
Bar number                              State

---

**Fill in this information to identify the case**

Debtor name   **Heri Automotive, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PayPal account** | | | $1.00 |
| 3.2. | **Bank of America Checking account** | **Checking account** | 0  0  5  8 | $15,501.14 |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $15,502.14 |
|---|

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

---

Debtor __Heri Automotive, Inc_____  Case number (if known) _____
      Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7. Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

7.1. **Bond posted in Case no. CV2018-011694**_____ | **$172,458.32**

7.2. **Commercial lease security deposit**_____ | **$60,000.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9. Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.          | **$232,458.32**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                     Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: **$481,839.32** – **$400,000.00** = ............ → **$81,839.32**
                      face amount        doubtful or uncollectible accounts

11b. Over 90 days old: **$48,000.00** – **$48,000.00** = ............ → **$0.00**
                  face amount        doubtful or uncollectible accounts

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$81,839.32**

## Part 4: Investments

**13. Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                         Valuation method used for current value     Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17. Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    | **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

Debtor __Heri Automotive, Inc_____ Case number (if known) _____
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **Auto parts - primarily axles and related material** | 05/31/2021 | $2,593,813.52 | Estimated FMV | $400,000.00 |
| **Power steering components** | 05/31/2021 | $439,339.10 | Estimated FMV | $7,500.00 |
| **22. Other inventory or supplies** | | | | |
| **Boxes and shipping supplies** | | $200,000.00 | Estimated FMV | $3,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $410,500.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Debtor **Heri Automotive, Inc**  Case number (if known) _____
Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| **Fixtures (primarily warehouse racks)** | $11,000.00 | Estimated FMV | $25,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office furniture and computers, including server in New York** | $100.00 | Estimated FMV | $1,500.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                $26,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Clark forklift, working** | | Estimated FMV | $2,000.00 |
| 47.2.  **Forklift, not working** | | Estimated FMV | $200.00 |

Debtor __**Heri Automotive, Inc**_____ Case number (if known) _____
        Name

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| Equipment (miscellaneous at warehouse) | $100.00 | | $100.00 |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $2,300.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **2664 E. Del Amo Blvd.**<br>**Compton, CA 90221**<br>**2664 E. Del Amo Blvd., Compton, CA**<br>**90221**<br>Warehouse lease | Leashold | $0.00 | | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor __**Heri Automotive, Inc**_____ Case number (if known) _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Heri Automotive trademark** | **Unknown** | | **Unknown** |
| **Partcat software** | **$40,000.00** | | **Unknown** |
| **61. Internet domain names and websites** | | | |
| **Domain name: www.heriautomotive.com** | **Unknown** | | **Unknown** |

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **Chubb 7356-76-97 Auto liability** | **$0.00** |
| **Chubb 9364-31-75 Excess and Umbrella** | **$0.00** |
| **Chubb 3584-79-66 General liability** | **$0.00** |
| **Chubb 0789-35-79 Ocean cargo** | **$0.00** |
| **Hartford 76-WEG-AF0UY79 Workers comp** | **$0.00** |
| **Guardian Life employee benefit** | |
| **Delta Dental employee benefit** | |
| **United Healthcare employee benefit** | **Unknown** |

Debtor **Heri Automotive, Inc**_____ Case number (if known) _____
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against (1) Thurston Adams for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, conversion, unjust enrichment, and declaratory judgment. These claims are valued at over $300,000 plus punitive damages.**

**(2) Dick Adams for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, conversion, unjust enrichment, and declaratory judgment. These claims are valued at over $300,000 plus punitive damages.**

**(3) Compass VG, LLC for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, conversion, and unjust enrichment. These claims are valued at over $300,000 plus punitive damages.**

| | |
|---|---|
| **Claims are further detailed in pleadings in Case no. CV2018-011694** | **Unknown** |

**Nature of claim**     **Breach of fiduciary duty**

**Amount requested**     **$300,000.00**

| | |
|---|---|
| **Heri Automotive obtained awards of attorneys' fees against Dick Adams and Thurston Adams by the Court and Special Discovery Master in Case no. CV2018-011694. Heri has filed applications for attorneys' fees against them, seeking $93,081.52. Those applications are pending.** | **$93,081.52** |

**Nature of claim**     **Discovery sanctions**

**Amount requested**     **$93,081.52**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Debtor is a beneficiary of a $250,000 surety bond posted by Thurston Adams in Case no. CV2018-011694.** | **Unknown** |
| **Cancellation of insurance may result in some refunds of prmiums** | **Unknown** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$93,081.52** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Heri Automotive, Inc**               Case number (if known) _____
             Name

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,502.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $232,458.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,839.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $410,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $93,081.52 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $862,181.30 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... $862,181.30

**Fill in this information to identify the case:**

Debtor name    **Heri Automotive, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply. | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$0.00**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Heri Automotive, Inc</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $627.56 | $627.56 |

**2.1**   **Priority creditor's name and mailing address**

**County of Los Angeles**

**P.O.BOX 54888**

**Los Angeles          CA     90054-0888**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Property taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __**Heri Automotive, Inc**_____ Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27,918.32** |
|---|---|---|---|

__A.C. Industrial Properties, LLC_____

__8081 Orangethorpe Ave._____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__Buena Park_____ **CA** __90621-3801___ __Commercial lease_____

**Date or dates debt was incurred** _____ **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __ ☑ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

__Advance Auto_____

__2635 E. Millbrook Rd._____

☐ Contingent
☑ Unliquidated
☑ Disputed

_____

**Basis for the claim:**

__Raleigh_____ **NC** __27604_____ __Trade Debt_____

**Date or dates debt was incurred** _____ **Is the claim subject to offset?**

**Last 4 digits of account number** __i__ __o__ __u__ __s__ ☐ No
☑ Yes

**Chargebacks, penalties, warranty claims**

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,013.39** |
|---|---|---|---|

__AT&T Optic_____

__PO BOX 5019_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__CAROL STREAM_____ **IL** __60197-5019__ __Utilities_____

**Date or dates debt was incurred** _____ **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __ ☑ No
☐ Yes

**Phone service**

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$159,985.75** |
|---|---|---|---|

__Burns Barton LLP_____

__2201 E. Camelback Road_____

__Suite 360_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Phoenix_____ **AZ** __85016_____ __Legal fees_____

**Date or dates debt was incurred** _____ **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __ ☑ No
☐ Yes

| Debtor | __Heri Automotive, Inc__ | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

__CarQuest__

__2635 E. Millbrook Rd.__

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

| __Raleigh__ | __NC__ | __27604__ |

**Basis for the claim:**
__Trade Debt__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Chargebacks, penalties, warranty claims

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,421.00** |

*Check all that apply.*

__Chubb Insurance__

__P.O. Box 382001__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| __Pittsburgh__ | __PA__ | __15250-8001__ |

**Basis for the claim:**
__Insurance__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Coverage for employees

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$374.26** |

*Check all that apply.*

__Delta Dental - EFT__

__5656 West Talavi Blvd__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| __Glendale__ | __AZ__ | __83506__ |

**Basis for the claim:**
__Insurance__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Coverage for employees

Debtor   __Heri Automotive, Inc_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Dick B. Adams**

☐ Contingent

**c/o Jeffrey Goldfarb**

☐ Unliquidated

**Goldfarb, PLLC**

☑ Disputed

**2501 N. Harwood Street, Suite 1801**

Basis for the claim:

**Dallas**          **TX**    **75201**

**Lawsuit**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Lawsuit Cause no. DC-18-16346; 193rd District Court, Dallas County, Texas**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,435.88**

**Ernest Packaging**

☐ Contingent

**5777 Smithway St.**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Commerce**          **CA**    **90040**

**Trade Debt**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Pakaging**

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$82.50**

**Fedex**

☐ Contingent

**Dept LA**

☐ Unliquidated

**PO Box 21415**

☐ Disputed

Basis for the claim:

**Pasadena**          **CA**    **91185-1415**

**Trade Debt**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    _7_ _3_ _2_ _7_

☑ No
☐ Yes

**Delivery service**

Debtor **Heri Automotive, Inc**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.11** Nonpriority creditor's name and mailing address     **$87,580.38**

FedEx

Dept LA

PO Box 21415

_____

Pasadena     CA     91185-1415

Date or dates debt was incurred _____

Last 4 digits of account number   8   4   L   A

Delivery services

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address     **$1,950.00**

Geneva Systems, Inc

1290 N Hancock Street

_____

Anaheim     CA     92807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Software fees**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address     **$745.28**

Guardian Life Insurance

PO Box 824404

_____

Philadelphia     PA     19182-4404

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee benefits**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address     **$2,025.00**

JNPSOFT

PO Box 55045

STN Centre Maisonneuve

Montreal, Quebec H1W 0A1

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Software license renewal (check issued but not cashed)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor  **Heri Automotive, Inc**                                  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.15** **Nonpriority creditor's name and mailing address**

**Matthew Pallets**

**P.O. Box 2362**

_____

**Gardena**                    **CA    90247**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**supplies**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,732.50

---

**3.16** **Nonpriority creditor's name and mailing address**

**Taizhou Heri Autoparts Co., Ltd**

**Room 1707**

**No. 127 Changshou Rd.**

**Putuo District**

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**inventory shipped to warehouse**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,617,431.43

---

**3.17** **Nonpriority creditor's name and mailing address**

**Taizhou Heri Autoparts Co., Ltd**

**Room 1707**

**No. 127 Changshou Rd.**

**Putuo District**

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**inventory shipped to customer**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,325,598.40

---

Debtor __**Heri Automotive, Inc**_____  Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.18** | Nonpriority creditor's name and mailing address | **$29,279.99** |

**Taizhou Hezhan Autoparts Co., Ltd**

**No. 1 Xingfutang Road**

**Bingang Industrial Zone**

**Shaman Town, Yuhan Taizhou City**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Inventory**

---

| | | |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | **$7,000.00** |

**TASCO**

**40 South Main Street**

**Memphis**      **TN**    **38103**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Commissions**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.20** | Nonpriority creditor's name and mailing address | **$9,783.05** |

**TFORCE FRT**

**28013 NETWORK PLACE**

**CHICAGO**      **IL**    **60673-1280**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Shipping**

---

| | | |
|---|---|---|
| **3.21** | Nonpriority creditor's name and mailing address | **Unknown** |

**Thurston Adams**

**c/o David C. Kresin**

**Robaina & Kresin, PLLC**

**5343 North 16th Street, Suite 200**

**Phoenix**      **AZ**    **85016-3231**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Lawsuit Case no. CV2018-011694; Maricopa County Superior Court**

Debtor **Heri Automotive, Inc**    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

| 3.22 | **Nonpriority creditor's name and mailing address** |

**Toyota Finance**

**PO BOX 660926**

_____

**Dallas**   **TX**  **75266-0926**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Forklift leases**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Equipment lease**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$11,109.90**

| 3.23 | **Nonpriority creditor's name and mailing address** |

**Toyota-Lift**

**12907 Imperial Highway**

_____

**Santa Fe Springs**  **CA**  **90670**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Forklift repairs**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services rendered**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,646.83**

| 3.24 | **Nonpriority creditor's name and mailing address** |

**Uline**

**Attn:  A/R**

**PO Box 88741**

_____

**Chicago**   **IL**  **60680-1741**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Supplies**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,757.81**

Debtor __**Heri Automotive, Inc**_____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**

__**United Healthcare UHC**_____

__**PO Box 90417**_____

_____

__**Palatine**_____**IL**_____**60094**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Employee benfits**_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,940.30**

---

**3.26** **Nonpriority creditor's name and mailing address**

__**UPS-CA**_____

__**PO Box 809488**_____

_____

__**Chicago**_____**IL**_____**60680**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **A** **9** **F** **1**

Shipping

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Trade Debt**_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,800.93**

---

**3.27** **Nonpriority creditor's name and mailing address**

__**Waste Resources 1**_____

__**PO BOX 2799**_____

_____

__**GARDENA**_____**CA**____**90247**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Trash collection

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Trade Debt**_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$236.25**

---

**3.28** **Nonpriority creditor's name and mailing address**

__**Zhejiang Heri Rocker., Ltd**_____

__**112# Auto & Motorcycle Indl. Zone**_____

__**Yuhuan**_____

__**Zhejiang, CHINA**_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Trade Debt**_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$9,065.60**

---

Debtor __Heri Automotive, Inc_____ Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**                     5a.  _____$627.56_

5b. **Total claims from Part 2**                     5b. **+** _____$15,321,914.75_

5c. **Total of Parts 1 and 2**                       5c.  | **$15,322,542.31** |
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**Heri Automotive, Inc**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____ Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse/office lease at 2554 E. Del Ano Blvd., Compton, CA** | **A.C. Industrial Properties, LLC** |
| | | | **8081 Orangethorpe Ave.** |
| | State the term remaining | **Through 2/28/2022** | |
| | List the contract number of any government contract | | **Buena Park          CA          90621-3801** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | **Gregory S. Felts** |
| | | | **8634 Narrow Passage Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eagle Rock          VA          24085** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | **Mark Sokolowski** |
| | | | **4527 E. Fernwood Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cave Creek          AZ          85331** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Forklift lease(s)** **Contract to be REJECTED** | **Toyota Industries Commercial Finance** |
| | | | **PO BOX 2431** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Stream          IL          60132** |

**Fill in this information to identify the case:**

Debtor name  __**Heri Automotive, Inc**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Heri Automotive, Inc**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                      12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................................................... | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................................. | **$862,181.30**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................................... | **$862,181.30**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... | **$627.56**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................... | **+  $15,321,914.75**

4. **Total liabilities**
    Lines 2 + 3a + 3b....................................................................................................................... | **$15,322,542.31**

**Fill in this information to identify the case and this filing:**

Debtor Name **Heri Automotive, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2021**
MM / DD / YYYY

X **/s/ Mark Sokolowski**
Signature of individual signing on behalf of debtor

**Mark Sokolowski**
Printed name

**Acting President**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name **Heri Automotive, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.   **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

   **Sources of revenue**
   Check all that apply.

   **Gross revenue**
   (before deductions and exclusions

   | | | | | |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2021** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | **$934,461.35** |
   | **For prior year:** | From **01/01/2020** to **12/31/2020**<br>MM / DD / YYYY          MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | **$3,472,290.88** |
   | **For the year before that:** | From **01/01/2019** to **12/31/2019**<br>MM / DD / YYYY          MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | **$2,813,347.82** |

2.   **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **A.C. Industrial Properties, LLC**<br>Creditor's name<br>**8081 Orangethorpe Ave.**<br>Street<br><br>**Buena Park        CA      90621**<br>City                        State    ZIP Code | **April, May,<br>June 2021<br>($27,918.32<br>per month)** | **$83,754.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Warehouse lease** |

---

Debtor    **Heri Automotive, Inc**        Case number (if known) _____
       Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.**   **Toyota Industries Commercial Finance**
     Creditor's name
     **PO BOX 2431**
     Street

**Dates:** April May June 2021

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

     **Carol Stream**    **IL**    **60132**
     City    State    ZIP Code

---

**3.3.**   **Burns Barton LLP**
     Creditor's name
     **2201 E. Camelback Road**
     Street
     **Suite 360**

**Dates:** 5/13/21    **Total amount or value:** $58,189.05

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Legal services**

     **Phoenix**    **AZ**    **85016**
     City    State    ZIP Code

---

**3.4.**   **FedEx 74-7189684 LA**
     Creditor's name
     **Dept LA PO Box 21415**
     Street

**Dates:** 4/6/21    **Total amount or value:** $20,473.67

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

     **Pasadena**    **CA**    **91185-1415**
     City    State    ZIP Code

---

**3.5.**   **FedEx 74-7189684 LA**
     Creditor's name
     **Dept LA PO Box 21415**
     Street

**Dates:** 3/18/21    **Total amount or value:** $15,068.19

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

     **Pasadena**    **CA**    **91185-1415**
     City    State    ZIP Code

---

**3.6.**   **FedEx 74-7189684 LA**
     Creditor's name
     **Dept LA PO Box 21415**
     Street

**Dates:** 5/14/21    **Total amount or value:** $7,627.83

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

     **Pasadena**    **CA**    **91185-1415**
     City    State    ZIP Code

---

**3.7.**   **Chubb Insurance**
     Creditor's name
     **P.O. Box 382001**
     Street

**Dates:** 4/21/21    **Total amount or value:** $14,171.00

**Reasons for payment or transfer** — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **insurance**

     **Pittsburgh**    **PA**    **15250-8001**
     City    State    ZIP Code

Debtor    **Heri Automotive, Inc**                                        Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**Check all that apply**

3.8. **Bank of America**                      5/3/21      **$6,940.77**
     Creditor's name
     **PO Box 660441**
     Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services

     **Dallas**            **TX**   **75266-0441**          ☑ Other   **Company credit card**
     City                  State    ZIP Code

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Taishou Heri Autoparts Co., Ltd**    8/5/20       **$275,000.00**        **payment for product shipped**
     Insider's name                         **($120,000)**                      **directly to customer**
     **Room 1707, No. 127 Changshou Rd.**   8/7/20
     Street                                 **(($80,000)**
     **Putuo District**                     8/21/20
                                            **($75,000)**
     **Shanghai**            **China**
     City             State   ZIP Code

     Relationship to debtor

     **Shareholder**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.2. **Taishou Heri Autoparts Co., Ltd**    9/15/20      **$480,000.00**        **Payment for product**
     Insider's name                         **($110,000)**
     **Room 1707, No. 127 Changshou Rd.**   10/9/20
     Street                                 **($100,000)**
     **Putou District**                     11/6/20
                                            **($50,000)**
     **Shanghai**            **China**      11/17/20
     City             State   ZIP Code      **($100,000)**
                                            11/30/20
     Relationship to debtor                 **($60,000)**
                                            3/1/21
     **Shareholder**                        **($60,000)**

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Debtor | Heri Automotive, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Thurston Adams v. Heri Automotive, Inc.** | | **Maricopa County Superior Court** <br> Name <br><br> **201 W. Jefferson Street** <br> Street | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number <br> **CV2018-011694** | | **Phoenix          AZ    85003** <br> City                State  ZIP Code | |
| 7.2.  **Dick B. Adams, et al v. Xiaosheng Chen, et al** | | **193rd District Court, Dallas County** <br> Name <br><br> **600 Commerce St.** <br> Street <br><br> **#103** | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number <br> **DC-18-16346** | | **Dallas           TX    75202** <br> City             State  ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor   **Heri Automotive, Inc**                                    Case number (if known) _____
         Name

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nicoud Law** | | **06/17/2021** | **$15,000.00** |

      **Address**

      **10440 N. Central Expressway**
      Street
      **Suite 800**

      **Dallas**    **TX**   **75231**
      City      State   ZIP Code

      **Email or website address**

      _____

      **Who made the payment, if not debtor?**
      **Taizhou Heri Autoparts Co., Ltd.**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None

13. **Transfers not already listed on this statement**
    List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None

## Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

Debtor    **Heri Automotive, Inc**_____    Case number (if known) _____
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

| **Part 9:** | **Personally Identifiable Information** |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>Name<br>**PO Box 15284**<br>Street<br><br>**Wilmington**   **DE**   **19850**<br>City   State   ZIP Code | XXXX- 9  0  8  2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 6/18/21 | $11,784.99 |

---

Debtor  **Heri Automotive, Inc**                                    Case number (if known) _____
      Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **Bank of America** <br> Name <br> **PO Box 15284** <br> Street <br><br> **Wilmington** **DE** **19850** <br> City    State   ZIP Code | XXXX- **9** **6** **0** **0** | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other **Payroll** | **6/18/21** | **$30,000.00** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3. **Bank of America** <br> Name <br> **PO Box 15284** <br> Street <br><br> **Wilmington** **DE** **19850** <br> City    State   ZIP Code | XXXX- **9** **3** **6** **7** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **6/18/21** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Adams International Freight** <br> Name <br> **2666 E. Del Amo Blvd.** <br> Street <br><br> **Compton** **CA** **90221** <br> City    State   ZIP Code | **2664 E. Del Amo Blvd** <br><br> **Compton** **CA** **90221** | **Router** | _____ |

Debtor    **Heri Automotive, Inc**        Case number (if known) _____
       Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Toyota Finance** | **2664 E. Del Amo Blvd.** | **Leased forklifts** | |
| Name | | | |
| **PO BOX 660926** | | | |
| Street | **Compton**    **CA**   **90221** | | |
| | | | |
| **Dallas**    **TX**   **75266-0926** | | | |
| City    State   ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
 Include settlements and orders.

 ☑ No
 ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

 ☑ No
 ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

 ☑ No
 ☐ Yes. Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
 List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

 ☑ None

26. **Books, records, and financial statements**

 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

 ☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Xingli Zhang** | From _____ To __ **presnt** |
| | Name | |
| | **XZ CPA, PLC** | |
| | Street | |
| | **4045 E. Union Hills Dr., Suite D126** | |
| | **Phoenix**    **AZ**    **85050** | |
| | City    State    ZIP Code | |

Debtor  **Heri Automotive, Inc**                           Case number (if known) _____
_____
Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mark Sokolowski** | |
| Name | |
| Street | |
| City                State      ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Konomi Wada** | |
| Name | |
| **1741 W. 149th Street** | |
| Street | |
| **Gardena**          **CA**        **90247** | |
| City                State      ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Michael Aliffi** | |
| Name | |
| **224 Holbrook Ave.** | |
| Street | |
| **Lake Ronkonkoma**   **NY**     **11779** | |
| City                State      ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Taizhou Autoparts Co., Ltd** | | **Shareholder** | **65%** |
| **Zhen MEI** | | **Director / Shareholder** | **5%** |
| **Scott Felts** | **8634 Narrow Passage Road Eagle Rock, VA 24085** | **Director / Shareholder** | **5%** |
| **Dick Adams** | | **Shareholder** | **20%** |
| **Thurston Adams** | | **Shareholder** | **5%** |

Debtor   **Heri Automotive, Inc**          Case number (if known) _____
       Name

| | | | |
|---|---|---|---|
| **Xiaosheng CHEN** | | Director | |
| **Mark Sokolowski** | | Director | |
| **Li Dou** | | Director | |
| **Hong Shen** | | Independent Director | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Scott Felts**<br>Name<br>**8634 Narrow Passage Rd.**<br>Street<br><br>**Eagle Rock**   **VA**   **24085**<br>City       State   ZIP Code<br><br>**Relationship to debtor**<br>**Officer** | **Salary and reimbursement**<br>**$250,041.45** | **Last 12 months** | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mark Sokolowski**<br>Name<br>**4527 E. Fernwood Ct.**<br>Street<br><br>**Cave Creek**   **AZ**   **85331**<br>City       State   ZIP Code<br><br>**Relationship to debtor**<br>**Officer** | **Salary, reimbursement, post-petition services**<br>**$151,821.59** | **Last 12 months** | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor **Heri Automotive, Inc** _____ Case number (if known) _____
Name

<span style="background:black;color:white">**Part 14:**</span> **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/21/2021** _____
MM / DD / YYYY

**X** **/s/ Mark Sokolowski** _____ Printed name **Mark Sokolowski** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Acting President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **Heri Automotive, Inc**                          Case No. _____

                                                        Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................................... **$15,000.00**

    Prior to the filing of this statement I have received........................................................ **$15,000.00**

    Balance Due.................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor                    ☑ Other (specify)
                                **Direct payment of fees was received from Dorsey & Whiney, LLP but was indirectly funded by Debtor's parent company, Taizhou Heri Autoparts Co., Ltd.**

3. The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/21/2021** | **/s/ Robert M. Nicoud, Jr.** |
| *Date* | *Robert M. Nicoud, Jr.*     Bar No.  15017900 |
| | Nicoud Law |
| | 10440 N. Central Expressway |
| | Suite 800 |
| | Dallas, Texas 75231 |
| | Phone: (214) 540-7542 / Fax: (214) 979-7301 |

</div>

**/s/ Mark Sokolowski**

*Mark Sokolowski*
*Acting President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Heri Automotive, Inc**                                    CASE NO

                                                                  CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/21/2021                                    Signature  **/s/ Mark Sokolowski**
                                                             **Mark Sokolowski**
                                                             **Acting President**


Date                                               Signature

A.C. Industrial Properties, LLC
8081 Orangethorpe Ave.
Buena Park, CA 90621-3801


Advance Auto
2635 E. Millbrook Rd.
Raleigh NC 27604


AT&T Optic
PO BOX 5019
CAROL STREAM, IL 60197-5019


Burns Barton LLP
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016


CarQuest
2635 E. Millbrook Rd.
Raleigh NC 27604


Chubb Insurance
P.O. Box 382001
Pittsburgh, PA 15250-8001


County of Los Angeles
P.O.BOX 54888
Los Angeles, CA 90054-0888


Delta Dental - EFT
5656 West Talavi Blvd
Glendale, AZ 83506


Dick B. Adams
c/o Jeffrey Goldfarb
Goldfarb, PLLC
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201

Ernest Packaging
5777 Smithway St.
Commerce, CA 90040


Fedex
Dept LA
PO Box 21415
Pasadena, CA 91185-1415


Geneva Systems, Inc
1290 N Hancock Street
Anaheim, CA 92807


Gregory S. Felts
8634 Narrow Passage Rd.
Eagle Rock, VA 24085


Guardian Life Insurance
PO Box 824404
Philadelphia, PA 19182-4404


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346


JNPSOFT
PO Box 55045
STN Centre Maisonneuve
Montreal, Quebec H1W 0A1


Mark Sokolowski
4527 E. Fernwood Ct.
Cave Creek, AZ 85331


Matthew Pallets
P.O. Box 2362
Gardena, CA 90247

Taizhou Heri Autoparts Co., Ltd
Room 1707
No. 127 Changshou Rd.
Putuo District
Shanghai, China 200042

Taizhou Hezhan Autoparts Co., Ltd
No. 1 Xingfutang Road
Bingang Industrial Zone
Shaman Town, Yuhan Taizhou City
Zhejiang, China 317607

TASCO
40 South Main Street
Memphis, TN 38103


TFORCE FRT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


Thurston Adams
c/o David C. Kresin
Robaina & Kresin, PLLC
5343 North 16th Street, Suite 200
Phoenix, AZ 85016-3231

Toyota Finance
PO BOX 660926
Dallas, TX 75266-0926


Toyota Industries Commercial Finance
PO BOX 2431
Carol Stream, IL 60132


Toyota-Lift
12907 Imperial Highway
Santa Fe Springs, CA 90670


Uline
Attn:  A/R
PO Box 88741
Chicago, IL 60680-1741

```
United Healthcare UHC
PO Box 90417
Palatine, IL 60094



UPS-CA
PO Box 809488
Chicago, IL 60680



Waste Resources 1
PO BOX 2799
GARDENA, CA 90247



Zhejiang Heri Rocker., Ltd
112# Auto & Motorcycle Indl. Zone
Yuhuan
Zhejiang, CHINA
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                          §
**Heri Automotive, Inc**                        §
                                                §     Case No. _____
                                                §
              Debtor(s)                         §     Chapter    **7**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **6/21/2021**          **/s/ Mark Sokolowski**_____
                                    Mark Sokolowski
                                    Acting President
                                    **Complete EIN:  27-4066708**_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **6/21/2021**_____                      **/s/ Robert M. Nicoud, Jr.**_____
                                                Robert M. Nicoud, Jr., Attorney for Debtor
                                                **Nicoud Law**
                                                **10440 N. Central Expressway**
                                                **Suite 800**
                                                **Dallas, Texas 75231**
                                                **Email: rmnicoud@dallas-law.com**
                                                **Phone: (214) 540-7542 / Fax: (214) 979-7301**